# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| Devon Allen | ) | |
| | ) | Case No. 17-33883 |
| | ) | |
| Debtor(s) | ) | Judge Cox |

## NOTICE OF MOTION

TO:   See attached service list.

PLEASE TAKE NOTICE that on January 22, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Cox, or any other judge sitting in her stead, in the courtroom usually occupied by her, in Room 680 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

/s/ Edwin L Feld

## CERTIFICATION

I, Edwin L Feld, the attorney in the above captioned case, state that I served the above notice and motion upon the above named parties, via United States Mail, properly addressed with postage fully prepaid before the hour of 4:30 pm, at 1 N LaSalle Street, Chicago, Illinois, on January 12, 2018.

/s/ Edwin L Feld

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100

Ad Astra
8918 W 21st St N, Suite 200
PMB 303
Wichita, KS 67205

AT&T
PO Box 6416
Carol Stream, IL 60197

Blackhawk Financial
2340 S River Rd, Suite 400
Des Plaines, IL 60018

Bridgecrest
PO Box 29018
Phoenix, AZ 85038

CCB Credit
PO Box 272
Springfield, IL 62705

Chgo Dept of Finance
PO Box 88292
Chicago, IL 60680

City of Chicago Heights
83 East Joe Orr Rd
Chicago Heights, IL 60411

City of Country Club Hills
4200 W 183rd St
Country Club Hills, IL 60478

Comed
PO Box 6111
Carol Stream, IL 60197

Drivetime
9850 Indianpolis Blvd
Highland, IN 46322

Enhanced Recovery Corp, LLC
8014 Bayberry Rd
Jacksonville, FL 32256-7412

FEMA
c/o Margaret Ramos
500 C Washington Street, STe 717
Washington, DC 20472-3100

FEMA
PO Box 530217
Atlanta, GA 30353

Hospital Reimburse Serv
250 Parkway Dr, Suite 168
Lincolnshire, IL 60069

Illinois Tollway
2700 Ogden Avenue
Downers Grove, IL 60515

MCSI
3348 Ridge Rd
Lansing, IL 60438

MCSI, Inc
PO Box 327
Palos Heights, IL 60463

Municipal Collection Services
PO Box 327
Palos Heights, IL 60463

Nicor
PO Box 2020
Aurora, IL 60507

Performance Recovery
PO Box 9046
Pleasanton, CA 94566

Photo Enforcement Program
PO Box 577
Bedford Park, IL 60499

Prairie State College
202 S Halsted St
Chicago Heights, IL 60411

South Suburban College
15800 S. State
South Holland, IL 60473

Speedy Cash
PO Box 780408
Wichita, KS 67278

UpRight Law
79 W Monroe St, 5th Floor
Chicago, IL 60603

Village of East Hazelcrest
c/o Muni Collections
3348 Ridge Rd
Lansing, IL 60438

Village of Hazel Crest
1904 W 174th St
E. Hazel Crest, IL 60429

Village of South Chgo Hts
PO Box 457
Wheeling, IL 60090

Devon D Allen
17038 Winchester Avenue
Hazel Crest, IL 60429

Tom Vaughn
55 E Monroe Street, Ste 3850
Chicago IL 60603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Devon Allen ) | |
| ) | Case No. 17-33883 |
| ) | |
| Debtor(s) ) | Judge Cox |

### MOTION TO VACATE ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY

NOW COMES the Debtor herein, Devon Allen ("Debtor"), by and through his/her attorneys, Edwin Feld and Associates, and pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, and Sections 1329 and Section 105(a) of the Bankruptcy Code, and sets forth Motion to Vacate order denying the Motion to Extend the Automatic Stay, and to reinstate the automatic stay as to all creditors, states as follows:

1. The above referenced case was filed on November 13, 2018

2. The case was dismissed for failure to make plan payments on January 8, 2018. The Debtor's Motion to Extend Automatic Stay was denied on that day due to the lack of funds and dismissal of the case.

3. Debtor has also filed a Motion to Vacate the Dismissal in her case as she had tendered funds to the Trustee.

4. The Debtor wishes to pursue the Chapter 13 case and is in a position to move forward with the Chapter 13 Case.

5. Debtor respectfully requests this Honorable Court to vacate the Order Denying the Motion to Extend the Automatic Stay entered on January 8, 2018

WHEREFORE, pursuant to 11 U.S.C. ' 1329 and Section 105 (a) of the Bankruptcy Code, and pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, the Debtor respectfully requests that this Honorable Court enter an Order vacating the order denying the Motion to Extend the Automatic Stay, and any other and further relief that this Court deems appropriate.

Respectfully Submitted,

/s/ Edwin L Feld
Attorney for Debtor


Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100